JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

AARON D. WEGNER (OR 035354)
Assistant United States Attorney

 450 Golden Gate Ave., Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6831
 Facsimile: (415) 436-6982
 E-mail: aaron.wegner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00917-VRW |
|   Plaintiff, | ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 12, 2009, TO JANUARY 7, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|   v. | ) | |
| JIA YUE, | ) | |
|   Defendant. | ) | |

On November 12, 2009, a status conference was held before the Court and the parties stated that discovery was still being produced by the Government and reviewed by defense counsel. The Court set the matter for a further status conference/trial setting hearing on January 7, 2010.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 12, 2009, through January 7, 2010.

///

The parties agree, and the Court finds and holds, as follows:

1. The defendant agrees to an exclusion of time under the Speedy Trial Act from November 12, 2009, through January 7, 2010, based upon the need for effective preparation of counsel. The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to November 12, 2009, shall remain preserved.

2. Counsel for the defendant believes that the exclusion of time is in her client's best interest.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 12, 2009, through January 7, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendant, the Court orders the period from November 12, 2009, through January 7, 2010, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 11/17/09

GALIA PHILLIPS
Attorney for Defendant

DATED: 11/17/09

AARON D. WEGNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 12/9/2009

HON. VAUGHN R. WALKER
United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA