JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

AARON D. WEGNER (ORBN 035354)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6831
    Facsimile: (415) 436-6982
    E-mail: aaron.wegner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR-09-00917-VRW |
|     Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JANUARY 7, 2010, TO JANUARY 26, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| JIA YUE, ) | |
|     Defendant. ) | |

On January 7, 2010, a status conference was held before the Court and the parties stated that several discovery disputes existed.  The Court ordered the defendant to file an appropriate discovery motion by January 12, 2010, and set a hearing on January 26, 2010.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 7, 2010, through January 26, 2010.

The parties agree, and the Court finds and holds, as follows:

1. The defendant agrees to an exclusion of time under the Speedy Trial Act from

1  January 7, 2010, through January 26, 2010, based upon the need for effective preparation of
2  counsel.  The defendant agrees to this exclusion on the condition that his right to bring motions
3  claiming Speedy Trial Act violations prior to January 7, 2010, shall remain preserved.
4      2. Counsel for the defendant believes that the exclusion of time is in her client's best
5  interest.
6      3. Given these circumstances, the Court finds that the ends of justice served by excluding
7  the period from January 7, 2010, through January 26, 2010, outweigh the best interest of the
8  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
9      4. Accordingly, and with the consent of the defendant, the Court orders the period from
10 January 7, 2010, through January 26, 2010, shall be excluded from Speedy Trial Act calculations
11 under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:__01/11/2010_____          _____/s/_____
                                  GALIA PHILLIPS
                                  Attorney for Defendant

DATED:__01/11/2010_____          _____/s/_____
                                  AARON D. WEGNER
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 15, 2010           _____
                                  HON. ...
                                  United S...

