KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
BROOK DOOLEY - #230423
GALIA A. PHILLIPS - #250551
MATAN SHACHAM - #262348
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
JIA YUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>JIA YUE,<br><br>                      Defendant. | Case No. 3:09-cr 00917-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS AND RELATED BRIEFING SCHEDULE**<br><br>Date:    March 3, 2010<br>Time:   9:30 a.m.<br>Dept:   Courtroom 6, 17th Floor<br>Judge:  Chief Judge Vaughn R. Walker<br><br>Date Indict. Filed:  September 17, 2009<br><br>Trial Date:  To be determined |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING
ON DEFENDANT'S MOTION TO SUPPRESS AND RELATED BRIEFING SCHEDULE
CASE NO. 3:09-cr 00917-VRW

468358.01

1   WHEREAS, the Court, by Order dated February 4, 2010 (Docket No. 44) ("Order"), set a
2  hearing on Defendant Jia Yue's Motion to Suppress (Docket No. 30) for Wednesday, March 3,
3  2010, at 9:30 a.m.; and

4   WHEREAS, the Court, by the same Order, ordered that Defendant may file a brief
5  regarding the Motion to Suppress by February 19, 2010, at 5:00 p.m.; and

6   WHEREAS, the Court, by the same Order, ordered that the Government may file a reply
7  brief regarding Defendant's Motion to Suppress by February 24, 2010, at 5:00 p.m.; and

8   WHEREAS, as described in the Order dated February 4, 2010, at 5:22-6:2, the Court
9  ordered the Government to establish by declaration or otherwise, no later than by 5:00 p.m. on
10 February 19, 2010, that no evidence obtained from the August 10, 2006 search of Johnson Mai's
11 house was destroyed; and

12  WHEREAS, Defendant and the Government have met and conferred and desire to
13 continue the hearing on Defendant's Motion to Suppress and to continue the deadlines for the
14 related briefs; and

15  WHEREAS, no party will be prejudiced by this continuance,

16  THEREFORE, it is stipulated by and between the Defendant and the Government that:

17  1.   The evidentiary hearing on Defendant's Motion to Suppress shall be continued
18 until Tuesday, March 30, 2010, at 9:30 a.m.

19  2.   Defendant may file a brief of no more than ten pages in support of the Motion to
20 Suppress by March 18, 2010, at 5:00 p.m.

21  3.   The Government may file a reply brief of no more than ten pages in opposition to
22 the Motion to Suppress by March 23, 2010, at 5:00 p.m.

23  4.   As described in the Order dated February 4, 2010, at 5:22-6:2, the Government is
24 directed to establish by declaration or otherwise, no later than by March 18, 2010, at 5:00 p.m.,
25 that no evidence obtained from the August 10, 2006 search of Johnson Mai's house was
26 destroyed.

27
28

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING
ON DEFENDANT'S MOTION TO SUPPRESS AND RELATED BRIEFING SCHEDULE
CASE NO. 3:09-cr 00917-VRW

468358.01

1   The parties agree to this schedule and ask that it be so ordered by the Court.

2   SO STIPULATED.

3   Dated:  February 17, 2010

5                                                By:  */s/ Aaron D. Wegner*
                                                       AARON D. WEGNER
6                                                      Assistant United States Attorney

8   Dated:  February 17, 2010                    KEKER & VAN NEST LLP

10                                               By:  */s/ Brook Dooley*
                                                       ELLIOT R. PETERS
11                                                     BROOK DOOLEY
                                                       GALIA A. PHILLIPS
12                                                     MATAN SHACHAM
                                                       Attorneys for Defendant
13                                                     JIA YUE

**ORDER**

**FOR GOOD CAUSE HEREBY FOUND, THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

Dated:  __February 23_____, 2010

_____
Honorable Vaughn R Walker
Chief Judge United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING
ON DEFENDANT'S MOTION TO SUPPRESS AND RELATED BRIEFING SCHEDULE
CASE NO. 3:09-cr 00917-VRW

468358.01