1  KEKER & VAN NEST LLP
   ELLIOT R. PETERS - #158708
2  BROOK DOOLEY - #230423
   GALIA A. PHILLIPS - #250551
3  MATAN SHACHAM - #262348
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant
   JIA YUE

7

8

9                UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        | Case No. 3:09-cr 00917-VRW

14                       Plaintiff,  | STIPULATION AND [PROPOSED]
                                     | ORDER TO CONTINUE EVIDENTIARY
15        v.                         | HEARING ON DEFENDANT'S MOTION
                                     | TO SUPPRESS AND RELATED
16  JIA YUE,                         | BRIEFING SCHEDULE

17                       Defendant.  | Date:       March 30, 2010
                                     | Time:       9:30 a.m.
18                                   | Dept:       Courtroom 6, 17th Floor
                                     | Judge:      Chief Judge Vaughn R. Walker
19
                                       Date Indict. Filed:  September 17, 2009
20
                                       Trial Date:  To be determined
21

22

23

24

25

26

27

28

1  WHEREAS, the Court, by Order dated February 23, 2010 (Docket No. 46) ("Order"),

2  continued a hearing on Defendant Jia Yue's Motion to Suppress (Docket No. 30), which was

3  originally set for Wednesday, March 3, 2010, to Tuesday, March 30, 2010, at 9:30 a.m.; and

4  WHEREAS, the Court, by the same Order, ordered that Defendant may file a brief

5  regarding the Motion to Suppress by March 18, 2010, at 5:00 p.m.; and

6  WHEREAS, the Court, by the same Order, ordered that the Government may file a reply

7  brief regarding Defendant's Motion to Suppress by March 23, 2010, at 5:00 p.m.; and

8  WHEREAS, the Court, by the same Order, ordered the Government to establish by

9  declaration or otherwise, no later than 5:00 p.m. on March 18, 2010, that no evidence obtained

10  from the August 10, 2006 search of Johnson Mai's house was destroyed, as described by Order

11  dated February 4, 2010 (Docket No. 44), at 5:22-6:2; and

12  WHEREAS, Defendant and the Government have met and conferred and desire to

13  continue the hearing on Defendant's Motion to Suppress and to continue the deadlines for the

14  related briefs; and

15  WHEREAS, no party will be prejudiced by this continuance,

16  THEREFORE, it is stipulated by and between the Defendant and the Government that:

17  1.   The evidentiary hearing on Defendant's Motion to Suppress shall be continued

18  until Wednesday, April 28, 2010, at 10:00 a.m.

19  2.   Defendant may file a brief of no more than ten pages in support of the Motion to

20  Suppress by April 16, 2010, at 5:00 p.m.

21  3.   The Government may file a reply brief of no more than ten pages in opposition to

22  the Motion to Suppress by April 21, 2010, at 5:00 p.m.

23  4.   As described in the Order dated February 4, 2010, at 5:22-6:2, the Government is

24  directed to establish by declaration or otherwise, no later than by April 16, 2010, at 5:00 p.m.,

25  that no evidence obtained from the August 10, 2006 search of Johnson Mai's house was

26  destroyed.

27

28

1    The parties agree to this schedule and ask that it be so ordered by the Court.

2    SO STIPULATED.

3    Dated:  March 12, 2010

4

5                                                    By:  /s/ Aaron D. Wegner
                                                          AARON D. WEGNER
6                                                         Assistant United States Attorney

7
     Dated:  March 12, 2010                               KEKER & VAN NEST LLP
8

9

10                                                   By:  /s/ Matan Shacham
                                                          ELLIOT R. PETERS
11                                                        BROOK DOOLEY
                                                          GALIA A. PHILLIPS
12                                                        MATAN SHACHAM
                                                          Attorneys for Defendant
13                                                        JIA YUE

14                                    **ORDER**

15   **FOR GOOD CAUSE HEREBY FOUND, THE FOREGOING STIPULATION IS**

16   **APPROVED AND IS SO ORDERED.**

17

18   Dated:  _____March 16_____ , 2010

19

20                                                        _____
21                                                   Honorable Vaughn R. Walker
                                                     Chief Judge, United States District Court
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING
ON DEFENDANT'S MOTION TO SUPPRESS AND RELATED BRIEFING SCHEDULE
CASE NO. 3:09-cr 00917-VRW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest that Aaron D. Wegner has concurred in the filing of this document.


_/s/ Matan Shacham_
MATAN SHACHAM

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING
ON DEFENDANT'S MOTION TO SUPPRESS AND RELATED BRIEFING SCHEDULE
CASE NO. 3:09-cr 00917-VRW