1  KEKER & VAN NEST LLP
   ELLIOT R. PETERS - #158708
2  BROOK DOOLEY - #230423
   GALIA A. PHILLIPS - #250551
3  MATAN SHACHAM - #262348
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant
   JIA YUE

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,      | Case No. 3:09-cr 00917-VRW
14 |                     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SET CHANGE OF PLEA HEARING AND TO VACATE DATES REGARDING PENDING MOTIONS**
15 | v.                             |
16 | JIA YUE,                       |
17 |                    Defendant.  | Date:   April 28, 2010
                                      Time:   10:00 a.m.
                                      Dept:   Courtroom 6, 17th Floor
18                                    Judge:  Chief Judge Vaughn R. Walker

19                                    Date Indict. Filed:  September 17, 2009

20                                    Trial Date:  To be determined

1       WHEREAS, the Court, by Order dated March 16, 2010 (Docket No. 51) ("Order"),
2  continued a hearing on Defendant Jia Yue's Motion to Suppress (Docket No. 30), which was
3  originally set for Wednesday, March 3, 2010, to Wednesday, April 28, 2010, at 10:00 a.m.; and
4       WHEREAS, the Court, by the same Order, ordered that Defendant may file a brief
5  regarding the Motion to Suppress by April 16, 2010, at 5:00 p.m.; and
6       WHEREAS, the Court, by the same Order, ordered that the Government may file a reply
7  brief regarding Defendant's Motion to Suppress by April 21, 2010, at 5:00 p.m.; and
8       WHEREAS, the Court, by the same Order and with regards to Defendant's Motion to
9  Compel Discovery Related to Government's Loss or Destruction of Evidence (Docket No. 28),
10  ordered the Government to establish by declaration or otherwise, no later than 5:00 p.m. on April
11  16, 2010, that no evidence obtained from the August 10, 2006 search of Johnson Mai's house
12  was destroyed, as described by Order dated February 4, 2010 (Docket No. 44), at 5:22-6:2; and
13       WHEREAS, Defendant and the Government have met and conferred and desire to enter
14  into a plea agreement,
15       THEREFORE, it is stipulated by and between the Defendant and the Government that:
16       1.   The evidentiary hearing on Defendant's Motion to Suppress, scheduled for
17  Wednesday, April 28, 2010, at 10:00 a.m., shall be taken off calendar;
18       2.   Other dates related to Defendant's Motion to Suppress shall be vacated;
19       3.   Dates related to Defendant's Motion to Compel Discovery Related to
20  Government's Loss or Destruction of Evidence shall be vacated; and
21       4.   A change of plea hearing shall be set for Wednesday, April 28, 2010, at 10:00
22  a.m.

The parties agree to this schedule and ask that it be so ordered by the Court.

SO STIPULATED.

Dated:  April 6, 2010

By:  /s/ Aaron D. Wegner
AARON D. WEGNER
Assistant United States Attorney

Dated:  April 6, 2010

KEKER & VAN NEST LLP

By:  /s/ Matan Shacham
ELLIOT R. PETERS
BROOK DOOLEY
GALIA A. PHILLIPS
MATAN SHACHAM
Attorneys for Defendant
JIA YUE

## ORDER

FOR GOOD CAUSE HEREBY FOUND, THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated:  April 8, 2010

_____
Honorable Judge Vaughn R Walker
Chief Judge, United States District Court

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest that Aaron D. Wegner has concurred in the filing of this document.

/s/ Matan Shacham
MATAN SHACHAM